**Nathan STEVENS, Plaintiff–Appellant,**

v.

**Michael H. HOLLAND, Chairman; Marty D. Hudson, Trustee; Elliot A. Segal, Trustee; Joseph H. Stahl, II, Trustee; United Mine Workers of America, Defendants–Appellees.**

No. 00–1557.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2001.

Decided Feb. 13, 2001.

Lawrence L. Moise, III, Abingdon, VA, for appellant. Glenda S. Finch, Deputy General, Christopher F. Clarke, Assistant General, UMWA Health & Retirement Funds, Washington, DC, for appellees.

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Nathan Stevens appeals the district court's order granting summary judgment in favor of the Trustees of the United Mine Workers of America 1974 Pension Trust. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Stevens v. Holland,* No. CA–99–54–1 (W.D.Va. Apr. 4, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*